ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OWEN W. TULLOS
Special Assistant U.S. Attorney
15 ABW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext. 232
Facsimile No. 448-0999

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>CORINNE DUDOIT,<br><br>   Defendant. | CR. NO. 02-00452<br><br>18 U.S.C. § 641<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses, with prejudice, the Charge of the information against CORINNE DUDOIT, the defendant.

DATED: Honolulu, Hawaii, __MARCH 3__, 2004.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    RONALD G. JOHNSON
    Assistant U.S. Attorney

    _/s/ Owen W. Tullos_
    OWEN W. TULLOS
    Special Asst. U.S. Attorney

APPROVED AND SO ORDERED:

3-3-03
DATE                                    UNITED STATES MAGISTRATE JUDGE

U.S. v. DUDOIT
Order for Dismissal
18 U.S.C. § 641